Commonwealth *v.* O'Dooley, Appellant.

Argued September 29, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Joseph A. Massa, Jr.,* Public Defender, for appellant.

*William F. Morgan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, November 26, 1973:
Judgment of sentence affirmed.